UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

CYNODA JONELLE SPARKLING,

        Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

### COUNTS 1-15
### (Wire Fraud)

From on or about March 18, 2021, through on or about December 29, 2021, in the Southern Division of the Western District of Michigan, the defendant,

**CYNODA JONELLE SPARKLING,**

having knowingly devised a scheme and artifice to defraud, and to obtain money by means of false and fraudulent pretenses and representations, caused signs, sounds, and signals to be transmitted by wire in interstate commerce for the purpose of executing the scheme.

The defendant electronically submitted Paycheck Protection Program (PPP) loan applications and supporting documents in the names of fictitious sole proprietorships.  The defendant obtained and attempted to obtain $124,997.00 in PPP loans by reporting fictitious income and expenses to qualify for the loans and certifying the funds would be used only for business-related purposes as authorized

by PPP, when in fact, she spent the money on personal goods and services.  The

defendant subsequently sought forgiveness of the PPP loans and falsely certified

that she had complied with all PPP rules, including the use of the loan proceeds.

For the purpose of executing the scheme and artifice, the defendant

transmitted, and caused to be transmitted, by means of wire communications in

interstate commerce the following writings, signs, signals, pictures, and sounds:

| COUNT | ON OR ABOUT DATE | DESCRIPTION |
|---|---|---|
| 1 | March 18, 2021 | Borrower's application in the name of Cynoda Sparkling for PPP loan no. 6526768607 |
| 2 | March 24, 2021 | Promissory note in the name of Cynoda Sparkling for PPP loan no. 6526768607 |
| 3 | March 30, 2021 | Borrower's application in the name of T.C. for PPP loan no. 5291118709 |
| 4 | April 2, 2021 | Deposit of PPP loan disbursement for loan no. 6526768607, in amount $20,833, to defendant's Bank of America account ending in 0882 |
| 5 | April 8, 2021 | Promissory note in the name of T.C. for PPP loan no. 5291118709 |
| 6 | April 8, 2021 | Borrower's application in the name of H.S. for PPP loan no. 5585978802 |
| 7 | April 10, 2021 | Borrower's Second Draw Application in the name of Cynoda Sparkling for PPP loan no. 3933498809 |
| 8 | April 16, 2021 | Promissory note in the name of Cynoda Sparkling for Second Draw Application for PPP loan no. 3933498809 |
| 9 | April 19, 2021 | Promissory note in the name of H.S. for PPP loan no. 5585978802 |
| 10 | April 20, 2021 | Deposit of PPP loan disbursement for loan no. 5291118709, in amount $20,832, to Independent Bank account ending in 5787 |
| 11 | April 21, 2021 | Deposit of PPP loan disbursement for loan no. 5585978802, in amount of $20,833, to Chime account ending in 3512 |
| 12 | April 22, 2021 | Deposit of Second Draw loan disbursement for loan no. 3933498809 to defendant's Bank of America account ending in 0882 |

| 13 | October 4, 2021 | Loan forgiveness application for PPP loan no. 6526768607 |
| 14 | December 8, 2021 | Borrower's application in the name of A.T. for PPP loan no.3325493077 |
| 15 | December 29, 2021 | Borrower's application in the name of H.S. for PPP loan no. 3326030238 |

18 U.S.C. § 1343

**COUNTS 16-18**
**(Wire Fraud)**

From in or about April 2020 through in or about February 2022, in the Southern Division of the Western District of Michigan, the defendant,

**CYNODA JONELLE SPARKLING,**

having knowingly devised a scheme and artifice to defraud, and to obtain money by means of false and fraudulent pretenses and representations, caused signs, sounds, and signals to be transmitted by wire in interstate commerce for the purpose of executing the scheme.

The defendant electronically submitted false claims for Unemployment Insurance (UI) benefits in her own name and the names of other individuals and caused or attempted to cause $282,248.00 in UI benefits to be deposited into bank accounts she controlled.

For the purpose of executing the scheme and artifice, the defendant transmitted, and caused to be transmitted, by means of wire communication in interstate commerce the following writings, signs, signals, pictures, and sounds:

| COUNT | ON OR ABOUT DATE | DESCRIPTION |
|---|---|---|
| 16 | June 24, 2021 | Application for Nebraska UI benefits in the name of H.S. |
| 17 | August 9, 2021 | Application for California UI benefits in the name of Cynoda Sparkling |
| 18 | February 4, 2022 | Application for Maryland UI benefits in the name of Cynoda Sparkling |

18 U.S.C. § 1343

## COUNT 19
### (Aggravated Identity Theft)

1.     The allegations in Counts 1-15 above are hereby incorporated in this Count.

2.     From in or about April 2021, through in or about December 2021, in the Western District of Michigan, Southern Division, the defendant,

**CYNODA JONELLE SPARKLING,**

did knowingly transfer, possess and use, and aid and abet others in transferring, possessing, and using, without lawful authority, means of identification of other persons, namely, names, dates of birth, and social security numbers belonging to other persons, during and in relation to felony violations of 18 U.S.C. § 1343, namely, wire fraud.

Specifically, the defendant used the noted means of identification to fraudulently apply for PPP loans, as charged in Counts 1-15 of this Indictment.

**18 U.S.C. § 1028A(a)(1)**
**18 U.S.C. § 1028A(c)(5)**
**18 U.S.C. § 1028A(b)**
**18 U.S.C. § 1028(d)(7)**

## COUNT 20
### (Aggravated Identity Theft)

1.      The allegations in Counts 16-18 above are hereby incorporated in this Count.

2.      On or about June 24, 2021, in the Western District of Michigan, Southern Division, the defendant,

**CYNODA JONELLE SPARKLING,**

did knowingly transfer, possess and use, and aid and abet others in transferring, possessing, and using, without lawful authority, means of identification of another person, namely, the name, date of birth, and social security number belonging H.S., during and in relation to felony violations of 18 U.S.C. § 1343, namely, wire fraud.

Specifically, the defendant used the noted means of identification to fraudulently apply for Unemployment Insurance benefits, as charged in Counts 16-18 of this Indictment.

**18 U.S.C. § 1028A(a)(1)**
**18 U.S.C. § 1028A(c)(5)**
**18 U.S.C. § 1028A(b)**
**18 U.S.C. § 1028(d)(7)**

## FORFEITURE ALLEGATION
### (Wire Fraud)

The allegations contained in Counts 1-18 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 981(a)(1)(C), upon conviction of the violations of 18 U.S.C. § 1343 set forth in Counts 1-18 of this Indictment, the defendant,

### CYNODA JONELLE SPARKLING,

shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.  The property to be forfeited includes, but is not limited to, the following:

1. MONEY JUDGMENT: A sum of money equal to at least $407,245.00 which represents the proceeds obtained, directly or indirectly, from the offenses charged in Counts 1-18 of the Indictment; and

2. SUBSTITUTE ASSETS: If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c).

**18 U.S.C. § 981(a)(1)(C)**
**28 U.S.C. § 2461(c)**
**21 U.S.C. § 853(p)**
**18 U.S.C. § 1343**

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
CLAY STIFFLER
Assistant United States Attorney